UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Adkins*, 7:20cv012 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 1

This Order addresses Defendants' objections and counter-designations to Plaintiff's affirmative deposition designations and Plaintiff's objections to Defendants' counter-designations thereto for the following witness depositions:

1. Hamer, Jeff (2015-10-07)
2. Kieper, Ron (2019-12-20)
3. Manuel, Jose (2020-11-03)
4. Salon, Martin (2020-1-29)
5. Van Densen, Mark (2020-12-04)
6. Warren, Gary (2020-01-23)

**SO ORDERED** this 7th day of September, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**