# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Adkins*, 7:20cv012 | Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 3

This Order addresses Plaintiff's objections and counter-designations to Defendants' affirmative deposition designations and Defendants' objections to Plaintiff's counter-designations thereto for the following witness depositions:

1. Jose Manuel (11/3/2020)
2. John Merkley (2/26/2020)
3. Dan Ohama (11/17/2020)
4. Mark Van Densen (12/4/2020)
5. Xiaotian Yan (11/4/2020)

**SO ORDERED** this 14th day of September, 2021.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**