**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Adkins*, 7:20cv012 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**DEPOSITION DESIGNATIONS ORDER NO. 7**

This Order addresses Plaintiff's objections and counter-designations to Defendants' affirmative deposition designations and Defendants' objections to Plaintiff's counter-designations thereto for the following witness depositions:

1.  Brandon Adkins (09/16/2020)

**SO ORDERED** this 29th day of September, 2021.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**